**No. 42432.**—Protest 709532–G of Cleveland Wood Box Co. (Cleveland).

Opinion by McClelland, P. J.    In accordance with stipulation of counsel and on the authority of *United States* v. *Myers* (T. D. 49530) the protest was sustained.